# FILED

07/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0235

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 24-0235

_____

Jeff Gottlob, Elaine Mitchell, James Childress, )
and All Others Similarly Situated, )
 )
       Plaintiffs and Appellees, )    Grant of Time Extension
 )    to File Response Brief
       v.s. )
 )
Michael Desrosier, Ron Rides at the Door, )
Tom McKay, John Overcast, Mary Jo Bremmer, )
and Glacier County, )
 )
       Defendants and Appellants. )

_____

Appellees, have moved this Court for an extension of time to file its response, and good cause appearing.

IT IS HEREBY ORDERED that Appellees have up to and including August 20, 2024 in which to file their response brief to file their response brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 11 2024